UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| NICOLE H. JOHNSON, <br>     Plaintiff, | ) <br> ) <br> ) <br> ) |
| v. | )    Civil No. 19-12624-LTS |
| BRENDAN MURPHY, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) |

## ORDER

March 10, 2020

SOROKIN, J.

Plaintiff Nicole Johnson initiated this action by filing a pro se complaint accompanied by an application to proceed without prepayment of fees.

By Memorandum and Order dated February 14, 2020, Johnson was granted leave to proceed in forma pauperis. At that time, the Court advised Johnson that her complaint is subject to dismissal and she was granted additional time to file an amended complaint.

The time for responding to the Court's February 14, 2020 Memorandum and Order expired on March 6, 2020. Having received no response to that Memorandum and Order, the above entitled action is hereby DISMISSED without prejudice. The Clerk shall enter a separate order of dismissal.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge